**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000123
27-AUG-2025
09:01 AM
Dkt. 22 ODMR**

NO. CAAP-25-0000123

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
FRANCIS GRANDINETTI, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
NORTH AND SOUTH HILO DIVISION
(CASE NO. 3DCW-25-0000285)

ORDER
(By: Leonard, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the August 19, 2025 *Petitioner and Defendant-Appellant on **Motion** for Reconsideration of Denial of Appeal Based upon Trial-Cancellation and Lawyer Torts* filed by self-represented Defendant-Appellant Francis Grandinetti, which we construe as a motion for reconsideration of our June 27, 2025 order dismissing appeal for lack of jurisdiction, and the record,

IT IS HEREBY ORDERED that the Motion is denied as untimely. Hawaiʻi Rules of Appellate Procedure Rule 40(a).

Dated: Honolulu, Hawaiʻi, August 27, 2025.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge